STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-7234
    nicholas.parker3@usdoj.gov

Attorneys for United States of America

**FILED**

Oct 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GAMANIEL FLORES GUYA,<br><br>    Defendant. | NO. 3:21-CR-00421 TSH<br><br>NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against GAMANIEL FLORES GUYA, without prejudice.

DATED: October 27, 2022

                                                                                       Respectfully submitted,

                                                                                       STEPHANIE M. HINDS
                                                                                       United States Attorney

                                                                                       *Patrick O'Brien*
                                                                                       PATRICK K. O'BRIEN
                                                                                      Assistant United States Attorney

Leave is granted to the government to dismiss the Information against GAMANIEL FLORES GUYA, without prejudice.

Date: 10/27/2022

HON. THOMAS S. HIXSON
United States Magistrate Judge